# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| DARREL W. BUMPAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:08-0977 |
| | ) | Judge Trauger |
| MATTHEW NIXON and DOUG ATWOOD, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On June 30, 2009, the court extended the deadline for the plaintiff to file objections to the Report and Recommendation to July 24, 2009. As of the date of this Order, the plaintiff has filed no objections. The Report and Recommendation (Docket No. 54) is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the Motion For Judgment on the Pleadings filed by defendants Nixon and Atwood (Docket No. 46) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. Entry of this Order shall constitute the judgment in this action. Rule 58, FED. R. CIV. P.

It is so **ORDERED.**

Enter this 31st day of July 2009.

_____
ALETA A. TRAUGER
U.S. District Judge