## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| DARRELL W. BUMPAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:08-0977 |
| ) | Judge Trauger |
| MATTHEW NIXON and DOUG ATWOOD, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On January 9, 2009, the Magistrate Judge issued a Report and Recommendation, recommending that the *pro se* plaintiff's Motion For Leave to File Amended Complaint (Docket No. 20) be denied (Docket No. 24). No timely objections have been filed. The Report and Recommendation (Docket No. 24) is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the plaintiff's Motion For Leave to File Amended Complaint (Docket No. 20) is **DENIED**.

It is so **ORDERED.**

Enter this 25th day of August 2009.

_____
ALETA A. TRAUGER
U.S. District Judge